IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. **05-30130-MJR** |
| ) | |
| **BARRY SAXTON,** ) | |
| ) | |
| Defendant. ) | |

# ORDER

**PROUD, Magistrate Judge:**

This matter is now before the Court on the Government's "Motion to Revoke Order of Release." **(Doc. 17).**

On September 15, 2005, defendant Barry Saxton was released on bond pending trial. **(Doc. 7)**. The government alleges that he has violated the conditions of his release in several respects. During a hearing on December 1, 2005, defendant indicated that he did not contest the alleged violations.

18 U.S.C. § 3148 mandates that an order of revocation and detention be entered if the Court:

> (1) finds that there is–
>   (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or
>   (B) clear and convincing evidence that the person has violated any other condition of release; and
> (2) finds that–
>   (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or
>   (B) the person is unlikely to abide by any condition or combination of conditions of release.
>
> If there is probable cause to believe that, while on release, the person

> committed a Federal, State, or local felony, a rebuttable presumption arises that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.  If the judicial officer finds that there are conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community, and that the person will abide by such conditions, the judicial officer shall treat the person in accordance with the provisions of section 3142 of this title and may amend the conditions of release accordingly.

**18 U.S.C. § 3148(b).**

Defendant did not contest, and the Government presented clear and convincing evidence that Saxton tested positive for Marihuana and Cocaine use on multiple occasions, repeatedly failed contact or report to the Pretrial Services and Probation Office as required and directed, was not at his residence when required, failed to contact a drug treatment program as directed, and failed to appear for a scheduled change of plea hearing before U.S. District Judge Michael J. Reagan.

The Court finds, based on the factors set forth in 18 U.S.C. §3142(g), that no condition or combination of conditions will assure that Barry Saxton will not pose a danger to the safety of any other person or the community. Saxton's failure to appear before U.S. District Judge Michael J. Reagan on November 18, 2005, is quite disturbing and a bad omen of the likelihood of making future appearances.  This Court finds that it is unlikely that he would abide by any condition or combination of conditions of release which the Court could devise.

**IT IS THEREFORE ORDERED** that the Government's motion to revoke Saxton's bond **(Doc. 17)** is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant Barry Saxton be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

and that the defendant be afforded reasonable opportunity for private consultation with her counsel; and that, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

**DATED: December 1, 2005**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**